# United States Court of Appeals
## For the First Circuit

No. 10-1460

UNITED STATES,

Appellee,

v.

BEPSY O. AGUASVIVAS-CASTILLO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on January 17, 2012, is amended as follows:

On p.7, line 2 of footnote 1: Replace "sentencing" with "forfeiture".

On p.8, line 8: Replace "Aguasvivas" with "Aguasvivas-Castillo".

On p.21, line 24: Add an additional parenthetical after "(7th Cir. 2000)" and before the semicolon.